NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000366
21-JUL-2015
08:36 AM

NO. CAAP-15-0000366

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Holders of the
Bear Stearns Alt-A Trust 2006-3 Mortgage Pass-Through
Certificates, Series 2006-3, Plaintiff-Appellee,
v.
SCOTT ALLEN STROBEL and STEPHANIE ANN STROBEL,
Defendants-Appellants,
and
BANK OF AMERICA, N.A. and MILILANI TOWN ASSOCIATION,
Defendants-Appellees,
and
JOHN DOES 1-20, JANE DOES 1-20, DOE CORPORATIONS 1-20,
DOE ENTITIES 1-20, and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0474)

ORDER GRANTING THE JULY 16, 2015 MOTION
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the "Motion to Vacate Appeal Dismissal
Order," filed July 16, 2015, by Defendants-Appellants Scott Allen
Strobel and Stephanie Ann Strobel (Appellants), pro se, which the
court construes as a motion for reconsideration of the June 30,
2015 order dismissing the appeal pursuant to Hawaiʻi Rules of
Appellate Procedure Rule 30, the papers in support, and the
record,

IT IS HEREBY ORDERED that the motion for reconsideration of the June 30, 2015 dismissal order is granted.

IT IS FURTHER ORDERED that the statement of jurisdiction shall be filed on or before August 4, 2015, and the opening brief shall be filed on or before August 20, 2015.

IT IS FURTHER ORDERED that no further relief or extensions of time will be granted absent extraordinary circumstances. Submission and receipt of documents by regular mail will not be construed as extraordinary circumstances. Future failure to timely file the opening brief or request an extension of time may result in the appeal being dismissed.

DATED: Honolulu, Hawai'i, July 21, 2015.

Presiding Judge

Associate Judge

Associate Judge

-2-